UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| POUNDSTONE POWER, LLC AND DEREK POUNDSTONE,<br><br>    Plaintiffs,<br><br>v.<br><br>SOLAE, LLC, E. I. DU PONT DE NEMOURS AND COMPANY AND ABC CORP 1-5,<br><br>    Defendants. | C.A. NO. 14-cv-00359-AWT<br><br><br><br><br><br><br><br>MARCH 27, 2015 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the parties hereby stipulate that this civil action, including the complaint and counterclaim, be dismissed with prejudice and without costs, waiving all rights of appeal.

**PLAINTIFFS/COUNTERCLAIM DEFENDANTS POUNDSTONE POWER, LLC and DEREK POUNDSTONE**

By: /s/ Ioannis A. Kaloidis

Ioannis A. Kaloidis
john@kaloidislaw.com
The Kalodis Law Firm, LLC
21 Holmes Ave.
Waterbury, CT 06710
203-597-0010
Fax: 203-597-0024

Michael S. Doran (of counsel)
mdoran@cnglaw.com
Cammarata, Nulty & Garrigan, L.L.C.
549 Summit Avenue
Jersey City, New Jersey 07306
Tel. (201) 656-2222
Fax (201) 656-6680

**DEFENDANTS/COUNTERCLAIM PLAINTIFFS – SOLAE, LLC AND E. I. DU PONT DE NEMOURS AND COMPANY**

By <u>/s/ Jennifer A. Corvo</u>
    Jennifer M. DelMonico – CT21751
    jdelmonico@murthalaw.com
    Jennifer A. Corvo – CT29216
    jcorvo@murthalaw.com

Murtha Cullina LLP
185 Asylum Street
Hartford, CT 06103-3469
Telephone:  860.240.6000
Facsimile:   860.240.6150
Its Attorneys

## **CERTIFICATE OF SERVICE**

I, Jennifer A. Corvo, certify that on March 27, 2015, I filed the foregoing through the ECF system, which will send the document electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Jennifer A. Corvo
Jennifer A. Corvo

6000319v1

3